# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00577-RPM-KLM

ERIN WILLIAMS,

    Plaintiff(s),

v.

M&R SALES AND SERVICE, INC.,

    Defendant(s).

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

THIS MATTER having come before this Court on the jointly filed Stipulated Motion to Amend Scheduling Order and the Court being adequately advised of the premises ORDERS as follows:

The motion is GRANTED. The Court consents to the stipulated relief requested and the Scheduling Order is amended as follows:

    **7. Case Plan and Schedule**

    …

    b.  *Discovery Cut-off:*  January 11, 2012

    c.  *Dispositive Motion Deadline:* February 13, 2012

    d. *Expert Witness Disclosure*

    …

(3) *The party bearing the burden of persuasion on the issue for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before:* November 14, 2011.

(4) *The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before:* December 14, 2011.

(5) *Any rebuttal opinions will be exchanged on or before:* December 28, 2011.

…

f. *Interrogatory Schedule:* All interrogatories must be served on or before December 9, 2011, so that responses can be served on or before the discovery cut-off date of January 11, 2012.

g. *Schedule for Requests for Production of Documents and Requests for Admission:* All requests for production of documents and/or admission must be served on or before December 9, 2011, so that responses can be served on or before the discovery cut-off date of January 11, 2012.

Dated:  August 30th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Honorable Judge Richard P. Matsch

2