IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00577-RPM

ERIN WILLIAMS,

      Plaintiff,

v.

M&R SALES AND SERVICE, INC.,

      Defendants.

---

ORDER STRIKING CASE FROM CALENDAR CALL

---

      The discovery cut-off date and dispositive motion deadline having been continued to January 11, 2012, and February 13, 2012, respectively, it is

      ORDERED that this case is stricken from the October 28, 2011, calendar call.

      Dated:   August 30th, 2011

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge