## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00577-RPM-KLM

ERIN WILLIAMS,

    Plaintiff,

v.

M&R SALES AND SERVICE, INC.,

    Defendant.

_____

### ORDER RE STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

    Pursuant to the parties' Stipulated Motion to Dismiss with Prejudice [18], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and expenses.

    Dated: January 30th, 2012.

                             BY THE COURT:

                             s/Richard P. Matsch
                             _____
                             Richard P. Matsch, Senior Judge